IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV-10-711-W |
| | ) |
| TRANS UNION, LLC, and | ) |
| NATIONWIDE ACCEPTANCE, | ) |
| | ) |
| Defendants. | ) |

**FILED**

JUN 3 0 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

## JUDGMENT

Having granted the Motion for Summary Judgment filed by defendant Nationwide Acceptance ("Nationwide") in favor of Nationwide and having found no claims or causes of action remain in this matter against any defendant, the Court ORDERS that judgment should be and is hereby entered in favor of Nationwide and against plaintiff Vance Dotson.

DATED and ENTERED this 30th day of June, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE